# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151524(40)

SBC HEALTH MIDWEST, INC.,
    Petitioner-Appellee,

v

CITY OF KENTWOOD,
    Respondent-Appellant.
_____/

SC: 151524
COA: 319428
Tax Tribunal: 00-416230

On order of the Chief Justice, the motion of the Building Owners and Managers Association of Metropolitan Detroit and the Apartment Association of Michigan to participate as amicus curiae and file an amicus brief is GRANTED. The amicus brief submitted on April 13, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2016



Clerk